Morris Markowitz v. E. J. Wile Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Morris Markowitz v. E. J. Wile Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Irving J. Wallach and Others v. John Byrne and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Westchester and Bronx Realty and Development Company v. Benjamin M. Whitlock and Others, as Executors, etc.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Margaret Joyce v. Henry J. Webster.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Michael E. Howatt v. William M. Barrett.— Motion granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles S. Danziger v. Joseph Gottlieb.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Oscar Hammerstein v. Equitable Trust Company.— Motion granted; questions certified. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

James P. Campbell v. Eugene K. Campbell.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Rose E. Crane v. Brooklyn Union Elevated Railroad Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Diamond v. Herman T. Mendelsohn. (2 cases.) — Motions denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Harriet A. R. Mills v. Francis L. Leland. Ida Walmer v. George W. Roberts. William Crompton v. William H. Seaich. William A. L'Hommedieu v. Cesare Campanini. In the Matter of Parker Street.— Motions denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Kings County Lighting Company v. Public Service Commission.— Motion granted; questions certified to be settled on settlement of order, which may be noticed for July eighth. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.